# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| CHAD EVERET BRACKEEN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-00868-O |
| | § | |
| RYAN ZINKE, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are Defendant Nations' Motion for Leave to File a Combined Brief and for an Extension of Pages (ECF No. 92), filed May 22, 2028; Federal Defendants' Motion for Leave to File a Ninety-Five page brief (ECF No. 95), filed May 22, 2018; Plaintiffs' Response and Objection (ECF No. 97), filed May 22, 2018; Defendant Nations' Reply (ECF No. 99), filed May 23, 2018; and Federal Defendants' Reply (ECF NO. 100), filed May 23, 2018. Defendants' Motions are **GRANTED in part and DENIED in part.** Accordingly, it is hereby **ORDERED**:

1. The current briefing schedule from this Court's May 1, 2018 Order remains the same—Defendant Nations and Federal Defendants' Reply to their Motion to Dismiss and Response to Plaintiffs' Motion for Summary Judgment is due May 25, 2018, Plaintiffs' Reply remains due June 8, 2018;

2. If Defendants wish to file a motion for summary judgment, they may do so separately, according to the local rules.

3. Page lengths, unless otherwise requested, are governed by the local rules and Defendants may file a motion related to the page limits or combined briefing consistent with this Order.

**SO ORDERED** on this **24th day** of **May, 2018**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**