IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHAD EVERETT BRACKEEN, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, et al.,<br><br>   Defendants,<br><br>CHEROKEE NATION, et al.,<br><br>   Intervenor-Defendants. | §<br>§<br>§<br>§<br>§   Civil Action No. 4:17-cv-00868-O<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The Court sets Plaintiffs' Motions for Summary Judgment (ECF Nos. 72, 79) for hearing at **9:00 a.m. on Thursday, August 2, 2018.** Counsel for all parties are **ORDERED** to attend and to be prepared to address all issues relating to the Plaintiffs' motion for summary judgment briefing in this case. The hearing will convene in the **United States District Judge's Second Floor Courtroom, 501 West 10th Street, Fort Worth, Texas.**

SO ORDERED on this **24th day** of **July, 2018**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1