IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHAD EVERETT BRACKEEN, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:17-cv-00868-O |
| § | |
| RYAN ZINKE, et al., § | |
| § | |
| Defendants, § | |
| § | |
| CHEROKEE NATION, et al., § | |
| § | |
| Intervenor-Defendants. § | |

## ORDER

The Court resets Plaintiffs' Motions for Summary Judgment (ECF Nos. 72, 79) for hearing at **2:00 p.m. on Wednesday, August 1, 2018.** Counsel for Plaintiffs and Defendants are **ORDERED** to attend and to be prepared to address all issues relating to the Plaintiffs' motion for summary judgment briefing in this case. The hearing will convene in the **United States District Judge's Second Floor Courtroom, 501 West 10th Street, Fort Worth, Texas.**

**SO ORDERED** on this **27th day** of **July, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1