IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHAD BRACKEEN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-00868-O |
| | § | |
| RYAN ZINKE, et al., | § | |
| | § | |
| Defendants, | § | |
| | § | |
| CHEROKEE NATION, et al., | § | |
| | § | |
| Intervenors-Defendants. | § | |

## FINAL JUDGMENT

The Court issued its order partially granting Plaintiffs' Motions for Summary Judgment. It is therefore **ORDERED, ADJUDGED, and DECREED** that Plaintiffs' Motions for Summary Judgment (ECF Nos. 72, 79) are **GRANTED in part and DENIED in part**, and this case is **DISMISSED** with prejudice. The Court **DECLARES** that 25 U.S.C. §§ 1901–23, 25 U.S.C. §§ 1951–52, 25 C.F.R. §§ 23.106–22, 25 C.F.R. §§ 23.124–32, and 25 C.F.R. §§ 23.140–41 are **UNCONSTITUTIONAL.**

**SO ORDERED** on this **4th day** of **October, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE