Case 4:17-cv-00868-O Document 207 Filed 11/01/19 Page 1 of 2 PageID 4736
Case: 18-11479 Document: 00515182493 Page: 1 Date Filed: 10/31/2019

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 1 2019
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:17-CV-868-O

No. 18-11479

CHAD EVERET BRACKEEN; JENNIFER KAY BRACKEEN; STATE OF TEXAS; ALTAGRACIA SOCORRO HERNANDEZ; STATE OF INDIANA; JASON CLIFFORD; FRANK NICHOLAS LIBRETTI; STATE OF LOUISIANA; HEATHER LYNN LIBRETTI; DANIELLE CLIFFORD,

 Plaintiffs - Appellees

v.

DAVID BERNHARDT, SECRETARY, U.S. DEPARTMENT OF THE INTERIOR; TARA SWEENEY, in her official capacity as Acting Assistant Secretary for Indian Affairs; BUREAU OF INDIAN AFFAIRS; UNITED STATES DEPARTMENT OF INTERIOR; UNITED STATES OF AMERICA; ALEX AZAR, In his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

 Defendants - Appellants

CHEROKEE NATION; ONEIDA NATION; QUINAULT INDIAN NATION; MORONGO BAND OF MISSION INDIANS,

 Intervenor Defendants - Appellants

Appeals from the United States District Court
for the Northern District of Texas

ORDER:

IT IS ORDERED that the joint opposed motion of appellees for leave to file a joint reply to the responses to the petitions for rehearing en banc is GRANTED.

/s/ James L. Dennis
_____
JAMES L. DENNIS
UNITED STATES CIRCUIT JUDGE