# United States Court of Appeals
## FIFTH CIRCUIT
## OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 31, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-11479   Chad Brackeen, et al v. David Bernhardt, et al
                 USDC No. 4:17-CV-868

Enclosed is an order entered in this case.

                   Sincerely,

                   LYLE W. CAYCE, Clerk

                   By:
                   Peter A. Conners, Deputy Clerk
                   504-310-7685

Mr. Adam Howard Charnes
Mr. David Steven Coale
Mr. William S Consovoy
Mr. Klint Cowan
Mr. Samuel Daughety
Ms. Erin C. Dougherty Lynch
Mr. Matthew L. Fletcher
Mr. Benjamin Michael Flowers
Ms. Kathryn Fort
Mr. Eric Grant
Mr. David J. Hacker
Ms. Kendra J. Hall
Mr. Keith Michael Harper
Mr. Kyle Douglas Hawkins
Ms. Rachel Heron
Ms. Hyland Hunt
Mr. Bryan N. B. King
Ms. Beth Ellen Klusmann
Mr. Daniel Lewerenz
Ms. Margaret A. Little
Mr. Matthew Dempsey McGill
Ms. Michelle T. Miano
Ms. Karen S. Mitchell
Ms. Kerry Kay Patterson
Ms. Rose N. Petoskey
Ms. Christina Riehl
Mr. Timothy Mason Sandefur

Mr. Alan E. Schoenfeld
Mr. Lochlan Francis Shelfer
Ms. Danielle Mary Spinelli
Mr. Paul Spruhan
Ms. Krystal Brunner Swendsboe
Mr. Thurston Holderness Webb
Ms. Racheal M. White Hawk