IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHAD BRACKEEN, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | |
| RYAN ZINKE, et al., | § | Civil Action No. 4:17-cv-00868-O |
| Defendants, | § § § | |
| CHEROKEE NATION, et al., | § § | |
| Intervenors-Defendants. | § | |

## ORDER

On June 1, 2021, the Fifth Circuit filed its judgment and opinion in this case, lifting its stay of the Court's October 2018 judgment, pending appeal. ECF Nos. 217–18. Accordingly, the Court **DIRECTS** the parties to file a joint status report on or before **June 10, 2021**, detailing the remaining issues before the Court, if any, and proposing a timeline for resolution of those issues.

**SO ORDERED** on this **2nd day** of **June, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE